IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VERIZON PENNSYLVANIA LLC,<br><br>    *Plaintiff*,<br><br>    v.<br><br>COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, LOCAL 13000, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION<br>NO. 16-03992 |

**PAPPERT, J.**                                                                       **OCTOBER 20, 2016**

## ORDER

**AND NOW**, this 20th day of October, 2016, upon consideration of Defendants' Motion to Dismiss (ECF No. 23), Plaintiff's Response in Opposition (ECF No. 6) and Defendants' Reply (ECF No. 8), it is hereby **ORDERED** that the motion is **GRANTED**.

BY THE COURT:


  _/s/ Gerald J. Pappert_

GERALD J. PAPPERT, J.

10